372 A.2d 419
Commonwealth v. Franks, Appellant.

Submitted June 15, 1976. E. Jay
Tract, and Hoopes and Tract, for appellant; Charles M.
Guthrie, Jr., Assistant District Attorney, for Common-
wealth, appellee.

Judgment of sentence affirmed.

372 A.2d 419
Commonwealth v. Frazier, Appellant.

Argued December 8, 1976. Clarence A.
Dickerson, with him John R. Merrick, Public Defender,
for appellant; Frank J. Williams, Assistant District At-
torney, and William H. Lamb, District Attorney, submit-
ted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.